UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

George Blaisdell

    v.                        Civil No. 07-cv-00390-JL

City of Rochester, et al.

**O R D E R**

The defendant's motion to dismiss and for costs and fees (document no. 21) is granted in part and denied in part. The plaintiff shall pay the costs and fees associated with the plaintiff's scheduled depositions pursuant to Fed. R. Civ. P. 30(d)(2). The defendant shall file, within 7 days of this order, an accounting of costs and fees associated with the plaintiff's scheduled depositions, which shall be subject to court approval.

The case is STAYED (except for the conduct/proceedings described below) until further order from the court. The stay will be lifted only upon certification by defendant's counsel that the plaintiff has appeared at her office for deposition, has been deposed, and that full payment of costs and fees has been made in satisfaction of this order. If such certification has not been received within 60 days of this order, the case will be dismissed for lack of prosecution.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated: April 8, 2010

cc: George Blaisdell, pro se
 Catherine M. Costanzo, Esq.